UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELISEO A. ULLOA,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; NDEX WEST, LLC; LOAN SOURCE FINANCIAL; MURRY STUART KALISH; BILLY WIGLEY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No: C 09-5570 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On November 29, 2009, Plaintiff filed the instant action against various entities and individuals whom he alleges defrauded him in connection with a mortgage on his property. The Complaint alleged federal claims under the Truth in Lending Act (TILA) and the Real Estate Settlement Procedures Act (RESPA), along with various state law claims. The Court had original jurisdiction over the federal claims, 28 U.S.C. § 1331, and supplemental jurisdiction over the state law claims, 28 U.S.C. § 1367.

Defendants filed separate motions to dismiss under Federal Rule of Civil Procedure 12(b)(6). In turn, Plaintiff filed a statement of non-opposition in which he agreed to the dismissal of his TILA and RESPA claims, and simultaneously filed a First Amended Complaint (FAC) on February 18, 2010, alleging only state law causes of action. Unlike the original Complaint, the FAC does not articulate the basis of the Court's jurisdiction. Compare Compl. ¶ 1 with FAC ¶¶ 1-3. Nor is the Court's subject matter jurisdiction apparent from the face of the FAC, which no longer allege any federal claims. The existence of diversity jurisdiction also may be absent, as it appears that Plaintiff and least some of the Defendants are residents of the same state. If the Court lacks jurisdiction, the case must proceed in state court, not federal court. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall show cause why the instant action should not be dismissed without prejudice to refiling in state court. Plaintiff shall respond to this Order in writing within one week of the date this Order is filed. In the event there is no basis for subject matter jurisdiction, Plaintiff may file a request for voluntary dismissal under Rule 41. If Plaintiff fails to timely respond to this order or file a request for voluntary dismissal, the action will be dismissed without prejudice to refiling the action in state court.

IT IS SO ORDERED.

Dated: February 22, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge